**Motion Granted; Appeal Dismissed and Memorandum Opinion filed July 19, 2018.**



In The

# Fourteenth Court of Appeals

---

## NO. 14-17-01012-CV

---

## PINNACLE EXPLORATION PARTNERS LLC., KEVIN DIVER, PINNACLE EXPLORATION PARTNERS II, LLC., OWASHI HOLDINGS INC., BLUE OCEAN ENERGY CONSULTING, PINNACLE EXPLORATION PARTNERS CORP., AND MANEKI USA LLC.,
**Appellants**

## V.

## DAGDA LTD., Appellee

---

**On Appeal from the 295th District Court
Harris County, Texas
Trial Court Cause No. 2016-14455**

---

## M E M O R A N D U M   O P I N I O N

This is an appeal from a judgment signed October 2, 2017. On July 6, 2018,

the parties filed a joint motion to dismiss the appeal. *See* Tex. R. App. P. 42.1. The motion is granted.

Accordingly, the appeal is ordered dismissed.

PER CURIAM

Panel consists of Chief Justice Frost and Justices Donovan and Brown.